# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.  )<br>)<br>RICHARD DONELL HERRON )<br>_____ ) | 3:93CR167-2-MU |

**ORDER**

**THIS MATTER** is before the Court on Defendant's Motion to Rescind Order Denying Relief under 18 U.S.C. §3582(c)(2). The Government is hereby ordered to file a response to this Motion by or before May 19, 2008. The Defendant will then have 14 days from the date of the response to reply to the Government.

**IT IS SO ORDERED**.

Signed: May 6, 2008

Graham C. Mullen
United States District Judge